AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __California__

United States Of America
                 Plaintiff (s),
V.
HECTOR GUADALUPE FLORES
                 Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 20CR2324 -DMS

Notice is hereby given that, subject to approval by the court, __HECTOR GUADALUPE FLORES__ substitutes
(Party (s) Name)

__Christopher R. Kelley__, State Bar No. __86229__ as counsel of record in
(Name of New Attorney)

place of __Jeremy Delicino__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:         Law Office of Samuel Ceballos
    Address:            4157 West 5 th st, Los Angeles , CA 90020
    Telephone:        (619) 382-7639    Facsimile (619) 443-0737
    E-Mail (Optional):   earnestlksd@hotmail.com

I consent to the above substitution.
Date: 3/17/20
(Signature of Party (s))

I consent to being substituted.
Date: 3/24/2021
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/10/2021
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/24/2021
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]